# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KYRIN HUDSON

VERSUS

SPECTRUM MOBILE L.L.C., AND
COMMERCE AND INDUSTRY
INSURANCE

NO. 2024 CW 1296

**MARCH 17, 2025**

---

In Re:   Spectrum Mobile, L.L.C. and Commerce and Industry
         Insurance Company, applying for supervisory writs, 21st
         Judicial District Court, Parish of Tangipahoa, No.
         20220002148.

---

BEFORE:   **THERIOT, HESTER, AND EDWARDS, JJ.**

    **WRIT DENIED.**

                          **MRT**
                          **CHH**
                          **BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT